**LEACH JOHNSON SONG & GRUCHOW**
**SEAN L. ANDERSON**
Nevada Bar No. 7259
**RYAN D. HASTINGS**
Nevada Bar No. 12394
Email: Sanderson@leachjohnson.com
Email: Rhastings@leachjohnson.com
8945 W. Russell Road, Suite #330
Las Vegas, Nevada 89148
Telephone:   (702) 538-9074
Facsimile:    (702) 538-9113
*Attorneys for Defendant Davyn Ridge Homeowners' Association*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| BANK OF AMERICA, N.A., successor by merger to BACK HOME LOANS SERVICING, LP FKA COUNTRYWIDE HOME LOANS SERVICING, LP,<br><br>Plaintiffs,<br><br>vs.<br><br>SFR INVESTMENTS POOL 1, LLC; DAVYN RIDGE HOMEOWNERS ASSOCIATION; THOMAS JESSUP, LLC; DOE INDIVIDUALS I-X, inclusive, and ROE CORPORATIONS I-X, inclusive,<br><br>Defendants. | Case No.:   2:15-cv-01768-JCM-CWH<br><br>**STIPULATION AND ORDER FOR AN EXTENSION OF TIME FOR DEFENDANT DAVYN RIDGE HOMEOWNERS ASSOCIATION TO FILE A REPLY TO ITS MOTION TO DISMISS (DKT. 13)**<br><br>*(First Request)* |

Plaintiff, Bank of America, by and through their attorney Donna M. Wittig of AKERMAN LLP and Defendant Davyn Ridge Homeowners Association (the "Association"), by and through their attorney Ryan D. Hastings of LEACH JOHNSON SONG & GRUCHOW, hereby stipulate and agree as follows:

1. The Association filed its Motion to Dismiss on October 13, 2015 (Dkt. 13).

2. Plaintiff filed its Opposition on October 29, 2105 (Dkt. 15).

3. The Association's Reply is currently due November 6, 2015.

The Parties stipulate to grant the Association a one week extension to file its Reply to the Motion to Dismiss [Dkt. 13] up to and including **November 13, 2105**

Dated this __6th__ day of November, 2015.

| AKERMAN LLP | LEACH JOHNSON SONG & GRUCHOW |
|---|---|
| /s/ Donna M. Wittig | /s/ Ryan D. Hastings |
| Ariel E. Stern | Sean L. Anderson |
| Nevada Bar No. 8276 | Nevada Bar No. 7259 |
| Donna M. Wittig | Ryan D. Hastings |
| Nevada Bar No. 11015 | Nevada Bar No. 12394 |
| Akerman LLP | 8945 W. Russell Road, Suite 330 |
| 1160 Town Center Drive, Suite 330 | Las Vegas, Nevada 89148 |
| Las Vegas, NV 89144 | *Attorneys for Defendant* |
| *Attorneys for Plaintiff* | *Davyn Ridge Homeowners' Association* |

**ORDER**

**IT IS SO ORDERED.**

Dated November 13, 2015.

_____
U.S DISTRICT COURT JUDGE