Richard L. Tobler, Esq.
RICHARD L. TOBLER, LTD.
Nevada Bar No. 4070
3654 N. Rancho Drive, Suite 102
Las Vegas, Nevada 89130-3179
Telephone: (702) 256-6000
*Attorney for Defendant,*
*Thomas Jessup, LLC*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| BANK OF AMERICA, N.A., successor by merger to BAC HOME LOANS SERVICING, LP FKYA COUNTRYWIDE HOME LOANS SERVICING, LP,<br><br>Plaintiff,<br>vs.<br><br>SFR INVESTMENTS POOL 1, LLC; DAVYN RIDGE HOMEOWNERS ASSOCIATION; RIDGE HOMEOWNERS ASSOCIATION; THOMAS JESSUP, LLC; DOE INDIVIDUALS I-X, Inclusive, and ROE CORPORATIONS I-X, inclusive,<br><br>Defendants. | Case No.: 2:15-cv-01768<br><br>**STIPULATION AND ORDER TO EXTEND TIME TO FILE ANSWER** |

The parties, by and through their undersigned counsel, hereby stipulate to permit Plaintiff an extension in which to Answer the Complaint pending settlement discussions,

///

///

///

///

///

///

///

1  which extension for said filing shall be up to and including December 23, 2015.

2  Dated: December 7, 2015.

3
4  RICHARD L. TOBLER, LTD.                    AKERMAN, LLP

5  By:   /s/                                  By:   /s/
      Richard L. Tobler, Esq.                        Donna M. Wittig, Esq.
6     Nevada Bar No. 04070                           Nevada Bar No. 11015
7     3654 N. Rancho Drive, Suite 102                1160 Town Cntr. Dr., Suite 330
      Las Vegas, Nevada  89130                       Las Vegas, Nevada  89144
8     Attorney for Defendant Thomas Jessup, LLC      Attorney for Plaintiff
9

10  IT IS SO ORDERED this  8  day of December, 2015.

11
12                                          _____
13                                          United States Magistrate Judge

2