Peter B. Mortenson, Esq.
Nevada Bar No. 5725
Darius F. Rafie, Esq.
Nevada Bar No. 6465
**MORTENSON & RAFIE, LLP**
10781 W. Twain Avenue
Las Vegas, NV 89135
Ph: (702) 363-4190
Fax: (702) 363-4107
*Attorneys for Thomas Jessup*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| BANK OF AMERICA, N.A., successor by merger to BAC HOME LOANS SERVICING, LP FKA COUNTRYWIDE HOME LOANS SERIVCING, LP<br><br>Plaintiff,<br><br>v.<br><br>SFR INVESTMENTS POOL 1 LLC; DAVYN RIDGE HOMEOWNERS ASSOCIATION; THOMAS JESSUP, LLC DOE INDIVIDUALS I-X, inclusive, and ROE CORPORATIONS I-X, inclusive,<br><br>Defendants. | Case No.: 2:15-CV-01768-JCM-CWH<br><br>**STIPULATION AND {PROPOSED} ORDER TO EXTEND DEADLINE FOR DEFENDANT TO FILE AND SERVE ITS ANSWER TO PLAINTIFF'S COMPLAINT**<br><br>(First Request) |

Whereas Defendant, Thomas Jessup, LLC ("Defendant"), retained Mortenson & Rafie, LLP on December 17, 2015 and Plaintiff, Bank of America, N.A. ("Plaintiff"), by and through its counsel of record, Akerman, LLP; agree to extend the time for Defendant to file and serve its answer to Plaintiff's Complaint; and

Whereas, Defendant was initially required to respond to Plaintiff's Complaint by October 5, 2015.

///

///

///

- 1 -

It is hereby Stipulated and agreed, by and between the Plaintiff and the Defendant, by and through their respective counsel that the deadline for the Defendant to file and serve its answer to Plaintiff's Complaint be extended up to and including January 19, 2016,

DATED this 11th day of January, 2016.    DATED this 11th day of January, 2016.

**MORTENSON & RAFIE, LLP**                **AKERMAN LLP**

/s/ Peter B. Mortenson, Esq.              /s/ Donna E. Wittig, Esq.
Peter B. Mortenson, Esq.                  Donna E. Wittig, Esq.
Nevada Bar No. 6465                       Nevada Bar No. 11015
10781 W. Twain Avenue                     1160 Town Ctr. Dr. # 330
Las Vegas, NV 89135                       Las Vegas, NV 89144
*Attorney for Thomas Jessup*              *Attorney for Plaintiff*

**IT IS SO ORDERED:**

_____
UNITED STATES MAGISTRATE JUDGE

DATED: January 13, 2016

## CERTIFICATE OF SERVICE

I hereby certify that I am an employee of Mortenson & Rafie, LLP, and on the 11th day of January, 2016, the foregoing: **STIPULATION AND {PROPOSED} ORDER TO EXTEND DEADLINE FOR DEFENDANT TO FILE AND SERVE ITS ANSWER TO PLAINTIFF'S COMPLAINT** was served via electronic service upon the following:

Donna M. Wittig, Esq.
donna.wittig@akerman.com

_/s/ [signature]_
Employee of Mortenson & Rafie, LLP