Peter B. Mortenson, Esq.
Nevada Bar No. 5725
**MORTENSON & RAFIE, LLP**
10781 W. Twain Avenue
Las Vegas, NV 89135
Ph: (702) 363-4190
Fax: (702) 363-4107
E-mail: cmcorwin@nvlaw.us
*Attorneys for Thomas Jessup, LLC.*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| BANK OF AMERICA, N.A., successor by merger to BAC HOME LOANS SERVICING, LP FKA COUNTRYWIDE HOME LOANS SERVICING, LP, <br><br> Plaintiff, <br><br> v. <br><br> SFR INVESTMENTS POOL 1, LLC, DAVYN RIDGE HOMEOWNERS ASSOCIATION; THOMAS JESSUP, LLC; DOE INDIVIDUALS I-X Inclusive, and ROE CORPORATIONS I-X, inclusive. <br><br> Defendants. | Case No.:   2:15-cv-01768-JCM-CWH <br><br> **SUBSTITUTION OF ATTORNEY** |
| THOMAS JESSUP, LLC, a Nevada limited liability company, <br>                    Third-Party Plaintiff, <br><br> v. <br><br> DAUNSHARI WONG-CULOTTA <br><br>                    Third-Party Defendant | |

///
///
///
///
///

Defendant/Third-party Plaintiff, THOMAS JESSUP, LLC. (hereinafter "Jessup"), hereby substitute PETER B. MORTENSON, ESQ. and the law firm of MORTENSON & RAFIE, LLP as attorney of record in the place and instead of THOMAS JESSUP, LLC.

DATED this ____ day of April, 2016.

By:_____
Thomas Jessup

RICHARD L. TOBLER, ESQ. of the law firm RICHARD L. TOBLER, LTD, hereby consents to the substitution of PETER B. MORTENSON, ESQ. and the law firm of MORTENSON & RAFIE, LLP, as attorney of record for Defendant/Third-party Plaintiff THOMAS JESSUP, LLC in its place.

DATED this 7th day of April, 2016.

By:_____
Richard L. Tobler, Esq.
Nevada Bar No. 004070
3654 N. Rancho Dr., Ste. 102
Las Vegas, NV 89130
(702) 256-6000

///
///
///
///
///
///
///
///

Defendant/Third-party Plaintiff, THOMAS JESSUP, LLC. (hereinafter "Jessup"), hereby substitute PETER B. MORTENSON, ESQ. and the law firm of MORTENSON & RAFIE, LLP as attorney of record in the place and instead of THOMAS JESSUP, LLC.

DATED this 8TH day of April, 2016.

By: _____ managing member
Thomas Jessup, LLC.
MICHAEL JESSUP

RICHARD L. TOBLER, ESQ. of the law firm RICHARD L. TOBLER, LTD, hereby consents to the substitution of PETER B. MORTENSON, ESQ. and the law firm of MORTENSON & RAFIE, LLP, as attorney of record for Defendant/Third-party Plaintiff THOMAS JESSUP, LLC in its place.

DATED this 7th day of April, 2016.

By: _____
Richard L. Tobler, Esq.
Nevada Bar No. 004070
3654 N. Rancho Dr., Ste. 102
Las Vegas, NV 89130
(702) 256-6000

///
///
///
///
///
///
///

-2-

PETER B. MORTENSON, ESQ. and the law firm of MORTENSON & RAFIE, LLP, hereby consents to the substitution as counsel of record for Defendant/Third-party Plaintiff THOMAS JESSUP, LLC in the place of RICHARD L. TOBLER, ESQ. of the law firm RICHARD L. TOBLER, LTD, as attorney of record for THOMAS JESSUP, LLC in its place.

DATED this 6 day of April, 2016.

MORTENSON & RAFIE, LLP

By: /s/ PBM
Peter B. Mortenson, Esq.
Nevada Bar No. 5725
10781 West Twain Avenue
Las Vegas, Nevada 89135
Ph: (702) 363-4190

## CERTIFICATE OF SERVICE

I hereby certify that I am an employee of Mortenson & Rafie, LLP, and on the 11th day of April 2016, I served the foregoing **SUBSTITUTION OF ATTORNEY** via electronic transmission and/or facsimile as indicated upon the following:

Ariel Stern, Esq.
Nevada Bar No. 8276
Donna Wittig, Esq.
Nevada Bar No. 11015
Akerman, LLP
1160 North Town Center Drive, Suite 330
Las Vegas, Nevada 89144
Facsimile (702) 380-8572
donna.wittig@akerman.com
Attorney for Plaintiff

An Employee of Mortenson & Rafie, LLP

**ORDER**

IT IS SO ORDERED.

DATED: April 12, 2016

_____
United States Magistrate Judge

- 3 -