**LEACH JOHNSON SONG & GRUCHOW**
**SEAN L. ANDERSON**
Nevada Bar No. 7259
**RYAN D. HASTINGS**
Nevada Bar No. 12394
Email: Sanderson@leachjohnson.com
Email: Rhastings@leachjohnson.com
8945 W. Russell Road, Suite 330
Las Vegas, Nevada 89148
Telephone:    (702) 538-9074
Facsimile:    (702) 538-9113
*Attorneys for Defendant Davyn*
*Ridge Homeowners' Association*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| BANK OF AMERICA, N.A., successor by merger to BACK HOME LOANS SERVICING, LP FKA COUNTRYWIDE HOME LOANS SERVICING, LP,<br><br>Plaintiffs,<br><br>vs.<br><br>SFR INVESTMENTS POOL 1, LLC; DAVYN RIDGE HOMEOWNERS ASSOCIATION; THOMAS JESSUP, LLC; DOE INDIVIDUALS I-X, inclusive, and ROE CORPORATIONS I-X, inclusive,<br><br>Defendants. | Case No.:    2:15-cv-01768-JCM-CWH<br><br>**STIPULATION AND ORDER FOR AN EXTENSION OF TIME FOR ALL PARTIES TO RESPOND TO MOTIONS FOR SUMMARY JUDGMENT [ECF NOS. 59, 60 AND 61]**<br><br>*(First Request)* |

Plaintiff, Bank of America, by and through their attorney Donna M. Wittig of AKERMAN LLP, Defendant SFR Investments Pool 1, LLC by and through their attorney Diana Cline Ebron of KIM GILBERT EBRON and Defendant Davyn Ridge Homeowners Association (the "Association"), by and through their attorney Ryan D. Hastings of LEACH JOHNSON SONG & GRUCHOW, hereby stipulate and agree as follows:

/ / /

/ / /

1. Plaintiff Bank of America, N.A. filed its Motion for Summary Judgment on June 22, 2106 as ECF No. 59

2. Defendant Davyn Ridge Homeowners Association filed its Motion for Summary Judgment on June 22, 2106 as ECF No. 60.

3. Defendant SFR Investments Pool 1, LLC filed its Motion for Summary Judgment on June 22, 2016 as ECF No. 61.

4. The Responses to the respective Motions for Summary Judgment are due July 18, 2016.

5. The Parties stipulate to grant a three-week extension up to and including **August 8, 2016.**

6. Attorney Hastings has a scheduled vacation and will return to the office on August 1, 2016.

Dated this _____ day of July, 2016.

| | |
|---|---|
| **AKERMAN LLP** | **LEACH JOHNSON SONG & GRUCHOW** |
| /s/ Donna Wittig | |
| Ariel E. Stern | Sean L. Anderson |
| Nevada Bar No. 8276 | Nevada Bar No. 7259 |
| Donna M. Wittig | Ryan D. Hastings |
| Nevada Bar No. 11015 | Nevada Bar No. 12394 |
| 1160 Town Center Drive, Suite 330 | 8945 W. Russell Road, Suite 330 |
| Las Vegas, NV 89144 | Las Vegas, Nevada 89148 |
| *Attorneys for Plaintiff* | *Attorneys for Defendant Davyn Ridge Homeowners' Association* |

LEACH JOHNSON SONG & GRUCHOW
8945 West Russell Road, Suite 330, Las Vegas, Nevada 89148
Telephone: (702) 538-9074 – Facsimile (702) 538-9113

*Bank of America, N.A. v. SFR Investments Pool 1, LLC*
2:15-cv-01768-JCM-CWH
Stipulation and Order Extend Response Deadlines

| KIM GILBERT EBRON | MARQUIS AURBACH COFFING |
|---|---|
| /s/ Diana Cline Ebron | /s/ Patrick C. McDonnell |
| Diana Cline Ebron<br>Nevada Bar No.: 10580<br>7625 Dean Martin Drive, Suite 110<br>Las Vegas, NV 89139<br>*Attorneys for Defendant*<br>*SFR Investments Pool 1, LLC* | Scott A. Marquis<br>Nevada Bar No.: 6407<br>Patrick C. McDonnell<br>Nevada Bar No.: 13188<br>10001 Park Run Drive<br>Las Vegas, NV 89145<br>*Attorneys for Third-Party Defendant*<br>*Daunshari Wong-Culotta* |

**MORTENSEN & RAFIE, LLP**

/s/ Peter B. Mortensen
Peter B. Mortensen
Nevada Bar No.: 5725
Michael V. Castillo
Nevada Bar No.: 11531
10781 W. Twain Ave
Las Vegas, NV 89135
*Attorneys for Defendant and Third-Party Plaintiff Thomas Jessup, LLC*

### ORDER

**IT IS SO ORDERED.**

Dated July 28, 2016.

_____
U.S DISTRICT COURT JUDGE

Page 3 of 3