1  ARIEL E. STERN, ESQ.
   Nevada Bar No. 8276
2  DARREN T. BRENNER, ESQ.
   Nevada Bar No. 8386
3  BRETT M. COOMBS, ESQ.
   Nevada Bar No.12570
4  AKERMAN LLP
   1160 Town Center Drive, Suite 330
5  Las Vegas, NV 89144
   Telephone:  (702) 634-5000
6  Facsimile:  (702) 380-8572
   Email:  ariel.stern@akerman.com
7  Email:  darren.brenner@akerman.com
   Email:  brett.coombs@akerman.com
8
   *Attorneys for Bank of America, N.A.,*
9  *successor by merger to BAC Home Loans*
   *Servicing, LP fka Countrywide Home Loans*
10 *Servicing, LP*

11              **UNITED STATES DISTRICT COURT**

12                    **DISTRICT OF NEVADA**

13 | BANK OF AMERICA, N.A., successor by merger to BAC HOME LOANS SERVICING, LP FKA COUNTRYWIDE HOME LOANS SERVICING, LP, | Case No.: 2:15-cv-01768-JCM-CWH |
   |---|---|
   | Plaintiff, | **NOTICE OF DISASSOCIATION OF COUNSEL** |
   | vs. | |
   | SFR INVESTMENTS POOL I, LLC; DAVYN RIDGE HOMEOWNERS ASSOCIATION; THOMAS JESSUP LLC; DAUNSHRI WONG-CULOTTA; DOE INDIVIDUALS I-X, inclusive, and ROE CORPORATIONS I-X, inclusive, | |
   | Defendants. | |
   | SFR INVESTMENTS POOL 1, LLC, a Nevada limited liability company, | |
   | Counter-Claimant, | |
   | vs. | |
   | BANK OF AMERICA, N.A., successor by merger to BAC HOME LOANS SERVICING, LP FKA COUNTRYWIDE HOME LOANS SERVICING, LP, and DONALD GOULD, an individual, | |
   | Counter-defendants/Cross-Defendants. | |

1

THOMAS JESSUP, LLC,

    Third-Party Plaintiff,

vs.

DAUNSHARI WONG-CULOTTA,

    Third-Party Defendant.

Plaintiff and counter-defendant Bank of America, N.A., successor by merger to BAC Home Loans Servicing, LP fka Countrywide Home Loans Servicing, LP (**BANA**), by and through its counsel of record, AKERMAN LLP, hereby provide notice that Donna M. Wittig, Esq. is no longer associated with the firm of AKERMAN LLP.  BANA requests that Ms. Wittig be removed from the Court's CM/ECF service list.

AKERMAN LLP will continue to represent BANA and requests that Ariel E. Stern, Darren T. Brenner and Brett M. Coombs, Esq. receive all future notices.

Respectfully submitted, this 7th day of September, 2016.

**AKERMAN LLP**

/s/ *Brett M. Coombs*
---
Ariel E. Stern, Esq.
Nevada Bar No. 8276
Darren T. Brenner, Esq.
Nevada Bar No. 8386
Brett M. Coombs, Esq.
Nevada Bar No. 12570
1160 Town Center Drive, Suite 330
Las Vegas, Nevada 89144
*Attorneys for Bank of America, N.A.*

**COURT APPROVAL**

IT IS SO ORDERED.

Date: September 8, 2016

_____
UNITED STATES MAGISTRATE JUDGE

# CERTIFICATE OF SERVICE

I HEREBY CERTIFY on the 7th day of September, 2016, and pursuant to FRCP 5, I served via CM/ECF and/or deposited for mailing in the U.S. Mail a true and correct copy of the foregoing **NOTICE OF DISASSOCIATION OF COUNSEL**, postage prepaid and addressed to:

Diana Cline Ebron, Esq.
Jacqueline A. Gilbert, Esq.
Karen L. Hanks, Esq.
KIM GILBERT EBRON
7625 Dean Martin Drive, Suite 110
Las Vegas, Nevada  89139
Email:  diana@kgelegal.com
Email:  jackie@kgelegal.com
Email:  karen@kgelegal.com
*Attorneys for SFR Investments Pool 1, LLC*

Sean L. Anderson, Esq.
Ryan D. Hastings, Esq.
LEACH JOHNSON SONG & GRUCHOW
8945 W. Russell Road, Ste. 330
Las Vegas, Nevada  891148
Email:  sanderson@leachjohnson.com
Email:  rhastings@leachjohnson.com
*Attorneys for Davyn Ridge Homeowners Association*

Darius Rafie, Esq.
Peter B. Mortenson, Esq.
MORTENSON & RAFIE, LLP
10781 West Twain Avenue
Las Vegas, Nevada  89135
Email:  cmcorwin@nvlaw.us
Email:  pmortenson@nvlaw.us
*Attorney for Thomas Jessup, LLC*

Scott A Marquis, Esq.
Patrick C. McDonnell, Esq.
MARQUIS AURBACH COFFING
10001 Park Run Drive
Las Vegas, Nevada  89145
Email: smarquis@maclaw.com
Email:  pmcdonnell@maclaw.com
*Attorneys for Daunshari Wong-Culotta*

        */s/ Josephine Washenko*
        An employee of Akerman LLP

AKERMAN LLP
1160 TOWN CENTER DRIVE, SUITE 330
LAS VEGAS, NEVADA 89144
TEL.: (702) 634-5000 – FAX: (702) 380-8572

3