UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| BANK OF AMERICA, | Case No. 2:15-cv-01768-JCM-CWH |
| Plaintiff, | |
| v. | |
| SFR INVESTMENTS POOL 1, LLC, et al, | **ORDER** |
| Defendants. | |

In light of the attached Ninth Circuit order in *Bourne Valley Court Trust v. Wells Fargo Bank, NA*, the Court orders a joint status report as to whether Bank of America still wishes to pursue its motion (ECF No. 53) to quash.

IT IS THEREFORE ORDERED THAT the parties must meet and confer, and file a joint status report with the court no later than Tuesday, November 10, 2016.

DATED: November 4, 2016.

_____
C.W. Hoffman, Jr.
United States Magistrate Judge

1



UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

FILED

NOV 04 2016

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| BOURNE VALLEY COURT TRUST, | No. 15-15233 |
|---|---|
| Plaintiff-Appellee, | D.C. No. 2:13-cv-00649-PMP-NJK |
| v. | District of Nevada, Las Vegas |
| WELLS FARGO BANK, NA, | |
| Defendant-Appellant. | ORDER |

Before: WALLACE, D.W. NELSON, and OWENS, Circuit Judges.

Judges Nelson and Owens have voted to deny the petition for rehearing. Judge Wallace voted to grant the petition for rehearing. Judge Owens voted to deny the petition for rehearing en banc. Judge Nelson recommended denying the petition for rehearing en banc. Judge Wallace recommended granting the petition for rehearing en banc.

The full court has been advised of the petition for rehearing en banc and no active judge has requested a vote on whether to rehear the matter en banc. (Fed.R. App. P. 35.)

The Petition for Rehearing or Rehearing En Banc is **DENIED**.