ARIEL E. STERN, ESQ.
Nevada Bar No. 8276
BRETT M. COOMBS, ESQ.
Nevada Bar No. 12570
AKERMAN LLP
1160 Town Center Drive, Suite 330
Las Vegas, NV 89144
Telephone:  (702) 634-5000
Facsimile:  (702) 380-8572
Email: ariel.stern@akerman.com
       brett.coombs@akerman.com

*Attorneys for Plaintiff and Counter-Defendant Bank of America, N.A.*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| BANK OF AMERICA, N.A., successor by merger to BAC HOME LOANS SERVICING, LP FKA COUNTRYWIDE HOME LOANS SERVICING, LP<br><br>Plaintiff,<br><br>vs.<br><br>SFR INVESTMENTS POOL 1, LLC; DAVYN RIDGE HOMEOWNERS ASSOCATION; THOMAS JESSUP, LLC; DOE INDIVIDUALS I-X, inclusive, and ROE CORPORATIONS I-X, inclusive,<br><br>Defendants.<br><br>and all related claims. | Case No.: 2:15-cv-01768-JCM-CWH<br><br>**STIPULATION TO CONTINUE DEADLINE FOR FILING PROPOSED PRE-TRIAL ORDER (Second Request)** |

Bank of America, N.A.; SFR Investments Pool 1, LLC; Davyn Ridge Homeowners Association; Thomas Jessup, LLC; and Daunshari Wong-Culotta hereby stipulate for a continuance of the deadline to file the proposed joint pre-trial order.  This is the parties' second request for a continuance of this deadline.

Counsel for all of the parties personally met and conferred at the office of Bank of America's counsel on March 28, 2017.  At this meeting, which lasted nearly two hours, the parties' counsel discussed the various issues relating to the proposed joint pre-trial order and reached agreement that a one-month continuance is in the best interest of the parties and the court.  **First**, there are ongoing

1

settlement negotiations between Jessup and Ms. Wong-Culotta and their counsel believe a settlement is possible in the near future.  **Second**, Jessup has requested that Bank of America release its claims against it in exchange for Jessup's disclaimer of interest.  Bank of America is currently evaluating that request.  **Third**, Ms. Wong-Culotta had not yet filed her Rule 26 initial disclosures as of the date of the parties' meeting.  She has also requested a jury trial for the issues that pertain to her.

For these reasons, the parties believe a continuance would further the efficient administration of this case.  The issues to be presented at trial would be greatly simplified if (a) Jessup and Ms. Wong-Culotta reach settlement, and/or (b) Bank of America reaches agreement with Jessup.  In addition, the parties' counsel need to address Ms. Wong-Culotta's initial disclosures.

The parties accordingly stipulate to extend the deadline for the submission of the proposed joint pre-trial order to June 2, 2017.  This request is made to allow the ongoing settlement talks among Ms. Wong-Culotta, Jessup, and Bank of America to proceed, as the issues to be presented at trial would be narrowed if agreements are reached.  This request is not made for purpose of delay.

Dated this 31st day of March, 2016.

| **AKERMAN LLP** | **KIM GILBERT EBRON** |
|---|---|
| */s/ Ariel Stern* | */s/ Diana Cline Ebron* |
| ARIEL STERN, ESQ.<br>Nevada Bar No. 8276<br>BRETT M. COOMBS, ESQ.<br>Nevada Bar No. 12570<br>1160 Town Center Drive, Suite 330<br>Las Vegas, Nevada 89144<br>Telephone:  (702) 634-5000<br><br>*Attorneys for Bank of America, N.A.* | DIANA CLINE EBRON, ESQ.<br>Nevada Bar No. 10580<br>JACQUELINE A. GILBERT, ESQ.<br>Nevada Bar No. 10593<br>KAREN L. HANKS, ESQ.<br>Nevada Bar No. 009578<br>7625 Dean Martin Drive, Suite 110<br>Las Vegas, Nevada  89139<br>Telephone:  (702) 485-3300<br><br>*Attorneys for SFR Investments Pool 1, LLC* |

| | |
|---|---|
| **LEACH JOHNSON SONG & GRUCHOW**<br><br>*/s/ Ryan D. Hastings*<br>SEAN L. ANDERSON, ESQ.<br>Nevada Bar No. 7529<br>RYAN D. HASTINGS, ESQ.<br>Nevada Bar No. 12394<br>8945 W. Russell Road, Suite 330<br>Las Vegas, Nevada 89148<br>Telephone: (702) 538-9074<br><br>*Attorneys for Davyn Ridge Homeowners' Association* | **MORTENSON & RAFIE**<br><br>*/s/ Peter Mortenson*<br>PETER MORTENSON, ESQ.<br>Nevada Bar No. 5725<br>10781 West Twain Avenue<br>Las Vegas, Nevada 89135<br>Telephone: (702) 363-4190<br><br>*Attorneys for Thomas Jessup, LLC* |
| **MARQUIS AURBACH COFFING**<br><br>*/s/ Patrick McDonnell*<br>PATRICK MCDONNELL, ESQ.<br>Nevada Bar No. 13188<br>10001 Park Run Drive<br>Las Vegas, Nevada 89145<br>Telephone: (702) 382-0711<br><br>*Attorneys for Daunshari Wong-Culotta* | |

IT IS SO ORDERED.

Dated this __ April 3 ____, 2017.

_____
United Stated District/Magistrate Judge

3