ARIEL E. STERN, ESQ.
Nevada Bar No. 8276
VATANA LAY, ESQ.
Nevada Bar No. 12570
JESSE A. RANSOM, ESQ.
Nevada Bar No. 13565
AKERMAN LLP
1160 Town Center Drive, Suite 330
Las Vegas, NV 89144
Telephone: (702) 634-5000
Facsimile: (702) 380-8572
Email: ariel.stern@akerman.com
        vatana.lay@akerman.com
        jesse.ransom@akerman.com

*Attorneys for Plaintiff and Counter-Defendant Bank of America, N.A.*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| BANK OF AMERICA, N.A., successor by merger to BAC HOME LOANS SERVICING, LP FKA COUNTRYWIDE HOME LOANS SERVICING, LP | Case No.: 2:15-cv-01768-JCM-CWH |
| Plaintiff, | |
| vs. | |
| SFR INVESTMENTS POOL 1, LLC; DAVYN RIDGE HOMEOWNERS ASSOCATION; THOMAS JESSUP, LLC; DOE INDIVIDUALS I-X, inclusive, and ROE CORPORATIONS I-X, inclusive, | **JOINT MOTION TO CONTINUE DEADLINE FOR FILING PROPOSED PRE-TRIAL ORDER** |
| Defendants. | |
| and all related claims. | |

Bank of America, N.A., SFR Investments Pool 1, LLC, Davyn Ridge Homeowners Association, Thomas Jessup, LLC, and Daunshari Wong-Culotta hereby jointly move for a continuance of the deadline to file the joint pre-trial order. This is the third request for a continuance of this deadline.

...

...

1

AKERMAN LLP
1160 TOWN CENTER DRIVE, SUITE 330
LAS VEGAS, NEVADA 89144
TEL.: (702) 634-5000 – FAX: (702) 380-8572

AKERMAN LLP
1160 TOWN CENTER DRIVE, SUITE 330
LAS VEGAS, NEVADA 89144
TEL.: (702) 634-5000 – FAX: (702) 380-8572

# I. PROCEDURAL HISTORY

This case is one of several hundred in Nevada arising from the purchase of a property at a homeowners' association's non-judicial foreclosure sale. The parties in this matter filed dispositive motions on their various claims. The Court on February 14, 2017, denied all pending dispositive motions and ordered that a pre-trial order be filed on or before March 16, 2017 [88].

Two days before the proposed pre-trial order was due Third Third-party defendant Dunshari Wong Culotta filed a motion to alter or amend order ECF No. 88 pursuant to Rule 59(e). On March 16, 2017 the parties filed a joint motion continue the deadline to file the pre-trial order so that the Court could decide the motion to alter or amend [91]; the Court granted that motion the following day and set the deadline to March 31, 2017 [92].

Counsel for all of the parties personally met and conferred at the office of Bank of America's counsel on March 28, 2017. At this meeting, which lasted nearly two hours, the parties' counsel discussed the various issues relating to the proposed joint pre-trial order and reached agreement that a continuance was in the best interest of the parties and the court. Additionally, the several of the parties began settlement discussions, which if successful, would narrow the issues at trial. Thus, on March 31, 2017, the parties filed the second request to continue the deadline for filing the proposed pre-trial order [96]; the Court granted that request and set the new deadline to June 2, 2017 [97].

# II. GOOD CAUSE EXISTS TO CONTINUE THE DEADLINE

Since March 31, 2017, the parties engaged in settlement have made significant progress to resolve the claims between them, however, the parties believe that additional time to complete the proposed pre-trial order is still warranted.

...

...

...

...

...

...

...

**AKERMAN LLP**
1160 TOWN CENTER DRIVE, SUITE 330
LAS VEGAS, NEVADA 89144
TEL.: (702) 634-5000 – FAX: (702) 380-8572

**First**, there continue to be ongoing settlement negotiations between Jessup and Ms. Wong-Culotta and their counsel have reached a an agreement in principle on the material terms. During this time Ms. Wong-Cullota and Jessup have been attempting to reach a global settlement involving this and other disputes outside this litigation. The complex nature of the various disputes required additional time. **Second**, Jessup has requested that Bank of America release its claims against it in exchange for Jessup's disclaimer of interest. Now that Ms. Wong-Cullota and Jessup have reached an agreement in principle, Bank of America needs additional time to discuss the terms of settlement with Jessup and the potential impact on the trial.

For these reasons, the parties believe a continuance would further the efficient administration of this case. The issues to be presented at trial would be greatly simplified if (a) Jessup and Ms. Wong-Cullota reach settlement, and/or (b) Bank of America reaches agreement with Jessup. The parties will have additional time to fully and carefully prepare the pre-trial order to address the remaining issues in this case, which will allow the court to more efficiently try this matter. The parties have made a good-faith effort to resolve the various claims, and no party will be prejudice by the requested extension. This request is not made for purpose of delay or to prejudice any party.

...

...

...

...

...

...

...

...

...

...

...

...

...

The parties accordingly move to extend the deadline for the submission of the proposed joint pre-trial order to June 30, 2017.

Dated this 2nd day of June, 2017.

| | |
|---|---|
| **AKERMAN LLP** | **MARQUIS AURBACH COFFING** |
| /s/ Jesse A. Ransom, Esq. | /s/ Patrick McDonnell, Esq. |
| ARIEL STERN, ESQ. | PATRICK MCDONNELL, ESQ. |
| Nevada Bar No. 8276 | Nevada Bar No. 13188 |
| VATANA LAY, ESQ. | 10001 Park Run Drive |
| Nevada Bar No. 12993 | Las Vegas, Nevada 89145 |
| JESSE A. RANSOM, ESQ. | Telephone: (702) 382-0711 |
| Nevada Bar No. 13565 | *Attorneys for Daunshari Wong-Culotta* |
| 1160 Town Center Drive, Suite 330 | |
| Las Vegas, Nevada 89144 | |
| Telephone: (702) 634-5000 | |
| | |
| *Attorneys for Bank of America, N.A.* | |
| **LEACH JOHNSON SONG & GRUCHOW** | **MORTENSON & RAFIE** |
| /s/ Ryan D. Hastings, Esq. | /s/ Peter Mortenson, Esq. |
| SEAN L. ANDERSON, ESQ. | PETER MORTENSON, ESQ. |
| Nevada Bar No. 7529 | Nevada Bar No. 5725 |
| RYAN D. HASTINGS, ESQ. | 10781 West Twain Avenue |
| Nevada Bar No. 12394 | Las Vegas, Nevada 89135 |
| 8945 W. Russell Road, Suite 330 | Telephone: (702) 363-4190 |
| Las Vegas, Nevada 89148 | |
| Telephone: (702) 538-9074 | *Attorneys for Thomas Jessup, LLC* |
| | |
| *Attorneys for Davyn Ridge Homeowners' Association* | |
| **KIM GILBERT EBRON** | |
| /s/ Karen L. Hanks, Esq. | |
| DIANA CLINE EBRON, ESQ. | |
| Nevada Bar No. 10580 | IT IS SO ORDERED. |
| JACQUELINE A. GILBERT, ESQ. | |
| Nevada Bar No. 10593 | DATED: June 5, 2017 |
| KAREN L. HANKS, ESQ. | |
| Nevada Bar No. 009578 | |
| 7625 Dean Martin Drive, Suite 110 | |
| Las Vegas, Nevada 89139 | |
| Telephone: (702) 485-3300 | _____ |
| | C.W. HOFFMAN, JR. |
| *Attorneys for SFR Investments Pool 1, LLC* | UNITED STATES MAGISTRATE JUDGE |