Peter B. Mortenson, Esq.
Nevada Bar No. 5725
**MORTENSON & RAFIE, LLP**
10781 W. Twain Avenue
Las Vegas, NV 89135
Ph: (702) 363-4190
Fax: (702) 363-4107
E-mail: cmcorwin@nvlaw.us
*Attorneys for Defendant, Thomas Jessup, LLC*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| BANK OF AMERICA, N.A., successor by merger to BAC HOME LOANS SERVICING, LP FKA COUNTRYWIDE HOME LOANS SERVICING, LP,<br><br>Plaintiffs,<br><br>v.<br><br>SFR INVESTMENTS POOL 1, LLC, DAVYN RIDGE HOMEOWNERS ASSOCIATION; THOMAS JESSUP, LLC; DOE INDIVIDUALS I-X Inclusive, and ROE CORPORATIONS I-X, inclusive.<br><br>Defendants. | Case No.: 2:15-cv-01768-JCM-CWH<br><br>**ORDER GRANTING DISCLAIMER OF INTEREST AND STIPULATION AND ORDER FOR DISMISSAL OF DEFENDANT THOMAS JESSUP, LLC** |
| THOMAS JESSUP, LLC, a Nevada limited liability company,<br>        Third-Party Plaintiff,<br><br>v.<br><br>DAUNSHARI WONG-CULOTTA<br><br>        Third-Party Defendant | |

**MORTENSON & RAFIE, LLP**
10781 West Twain Avenue
Las Vegas, Nevada 89135
Telephone (702) 363-4190 Facsimile (702) 363-4107

# **ORDER**

Based upon the parties' stipulation and good cause appearing therefore,

**IT IS HEREBY ORDERED THAT** THOMAS JESSUP, LLC, disclaims any interest in the subject property.

**IT IS FURTHER ORDERED THAT** THOMAS JESSUP, LLC, is dismissed without prejudice with each party to bear its own attorneys' fees and costs.

DATED July 6, 2017.

_____
UNITED STATES DISTRICT JUDGE

Respectfully submitted by:

MORTENSON & RAFIE, LLP
/s/ Peter B. Mortenson, Esq.
Peter B. Mortenson, Esq.
Nevada Bar No. 5725
MORTENSON & RAFIE, LLP
10781 W. Twain Avenue
Las Vegas, NV 89135
Ph: (702) 363-4190
Fax: (702) 363-4107
E-mail: cmcorwin@nvlaw.us
Attorneys for Defendant, Thomas Jessup, LLC