Peter B. Mortenson, Esq.
Nevada Bar No. 5725
Darius F. Rafie, Esq.
Nevada Bar No. 6465
**MORTENSON & RAFIE, LLP**
10781 W. Twain Avenue
Las Vegas, NV 89135
Ph: (702) 363-4190
Fax: (702) 363-4107
*Attorneys for Defendant Thomas Jessup*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| BANK OF AMERICA, N.A., successor by merger to BAC HOME LOANS SERVICING, LP FKA COUNTRYWIDE HOME LOANS SERIVCING, LP<br><br>Plaintiff,<br><br>v.<br><br>SFR INVESTMENTS POOL 1 LLC; DAVYN RIDGE HOMEOWNERS ASSOCIATION; THOMAS JESSUP, LLC DOE INDIVIDUALS I-X, inclusive, and ROE CORPORATIONS I-X, inclusive,<br><br>Defendants.<br><br>THOMAS JESSUP, LLC, a Nevada limited liability company,<br>　　　　　Third-Party Plaintiff,<br><br>　v.<br><br>DAUNSHARI WONG-CULOTTA<br><br>　　　　　Third-Party Defendant | Case No.:  2:15-CV-01768-JCM-CWH<br><br>**<u>STIPULATION AND ORDER TO DISMISS THIRD PARTY COMPLAINT OF THOMAS JESSUP, LLC AGAINST THIRD PARTY DEFENDANT, DAUNSHARI WONG-CULLOTTA</u>** |

- 1 -

WHEREAS all claims and counter-claims whatsoever between Defendant, Thomas Jessup, LLC ( "Defendant") and Bank of America have been dismissed pursuant to the Stipulation and Order (Doc. #108), and

WHEREAS Third Party Plaintiff, Thomas Jessup, LLC and Third Party Defendant, Daunshari Wong-Culotta, have reached a settlement of their disputes,

THEREFORE, Third Party Plaintiff, Thomas Jessup, LLC, by and through its attorneys of record, Mortenson & Rafie, LLP, and Third Party Defendant, Daunshari Wong-Culotta, by and through her attorneys of record, Marquis Aurbach & Coffing, stipulate to dismiss all claims brought in this action between Thomas Jessup, LLC and Daunshari Wong-Culotta, with prejudice, each party to pay its own attorney's fees and costs. This Stipulation and Order will completely remove Thomas Jessup, LLC and Daunshari Wong-Culotta, as parties in this case in any capacity whatsoever.

DATED this ____day of July, 2017.          DATED this _____ day of July, 2017.

**MORTENSON & RAFIE, LLP**                 **MARQUIS AURBACH & COFFING**

/s/ Peter B. Mortenson, Esq.               /s/ Patrick C. McDonnell, Esq.
Peter B. Mortenson, Esq.                   Patrick C. McDonnell, Esq.
Nevada Bar No. 9727                        Nevada Bar No. 13188
10781 W. Twain Avenue                      10001 Park Run Drive
Las Vegas, NV 89135                        Las Vegas, Nevada 89145
Telephone: (702) 363-4190                  Telephone: (702) 382-0711
Facsimile: (702) 363-4107                  Facsimile: (702) 382-5816
cmcorwin@nvlaw.us                          smarquis@maclaw.com
pmortenson@nvlaw.us                        pmcdonnell@maclaw.com
*Attorney for Third Party Plaintiff*       *Attorneys for Third-Party Defendant*
*Thomas Jessup, LLC*                       *Daunshari Wong-Cullotta*

**IT IS SO ORDERED:**

_____
UNITED STATES DISTRICT COURT JUDGE

DATED: _____July 17, 2017_____

## CERTIFICATE OF SERVICE

I hereby certify that I am an employee of Mortenson & Rafie, LLP, and on the 14th day of July, 2017, the foregoing: **STIPULATION AND ORDER TO DISMISS THIRD PARTY COMPLAINT OF THOMAS JESSUP, LLC AGAINST THIRD PARTY DEFENDANT, DAUNSHARI WONG-CULLOTTA COMPLAINT** was served via electronic service upon the following:

Ariel E. Stern Esq.
Nevada Bar No. 8276
Ariel.stern@akerman.com
Donna M. Wittig, Esq.
Nevada Bar No. 11015
donna.wittig@akerman.com
Akerman, LLP.
1160 Town Center Drive
Suite 330
Las Vegas, NV 89144
(702) 380-8572-Fax
*Attorneys for Bank of America*

Sean L. Anderson, Esq.
Nevada Bar No. 7259
sanderson@leachjohnson.com
Ryan D. Hastings, Esq.
Nevada Bar No. 12394
Leach, Johnson, Song & Gruchow
8945 W. Russell Road
Suite 330
Las Vegas, NV 89148
*Attorneys for Davyn Ridge Homeowners Association*

Dianna S. Cline Ebron, Esq.
Nevada Bar No. 10580
 Diana@hkimlaw.com
Jacqueline A. Gilbert, Esq.
Nevada Bar No. 10593
 Jackie@hkimlaw.com
Kim, Gilbert, Ebron
7615 Dean Martin Drive, Suite 110

**MORTENSON & RAFIE, LLP**
10781 West Twain Avenue
Las Vegas, Nevada 89135
Telephone (702) 363-4190 Facsimile (702) 363-4107

Pat McDonnell
MARQUIS & AURBACH
Nevada Bar 13188
10001 Park Run Drive
Las Vegas, NV 89145
*Attorneys for Third-Party Defendant*
*Daunshari Wong-Culotta*

/s/ CluAynne M. Corwin
Employee of Mortenson & Rafie, LLP

- 4 -