UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| BANK OF AMERICA, N.A., | Case No. 2:15-CV-1768 JCM (CWH) |
| Plaintiff(s), | ORDER |
| v. | |
| SFR INVESTMENTS POOL 1, LLC, et al., | |
| Defendant(s). | |

Presently before the court is the matter of *Bank of America, N.A. v. SFR Investments Pool 1, LLC, et al.*, case number 2:15-cv-01768-JCM-CWH.

On July 11, 2017, the court ordered the parties to file a proposed joint pretrial order by July 21, 2017. (ECF No. 109). On July 21, 2017, the parties filed a joint status report, requesting the court's assistance in finalizing the joint pretrial order. (ECF No. 113).

The court finds that it is well within the parties' capabilities to prepare and file a proposed joint pretrial order. Notably, Local Rule 16-4 addresses the parties' issue. In particular, Local Rule 16-4 provides that "[s]hould the attorneys or parties be unable to agree on the statement of issues of fact [and/or the statement of issues of law], the joint pretrial order should include separate statements of issues of fact [and/or statements of issues of law] to be tried and determined upon trial." LR 16-4 n.1, n.2.

In light of the foregoing, the parties shall file, on or before Friday, August 4, 2017, a proposed joint pretrial order that complies with LR 16-3 and LR 16-4. Failure to timely comply may result in appropriate sanctions.

. . .

. . .

**James C. Mahan**
**U.S. District Judge**

1 | Accordingly,
2 | IT IS SO ORDERED.
3 | DATED July 24, 2017.

_____
UNITED STATES DISTRICT JUDGE

**James C. Mahan**
**U.S. District Judge**

- 2 -