**Marquis Aurbach Coffing**
Scott A. Marquis, Esq.
Nevada Bar No. 6407
Patrick C. McDonnell, Esq.
Nevada Bar No. 13188
10001 Park Run Drive
Las Vegas, Nevada 89145
Telephone: (702) 382-0711
Facsimile: (702) 382-5816
smarquis@maclaw.com
pmcdonnell@maclaw.com
*Attorneys for Third-Party Defendant*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| BANK OF AMERICA, N.A., successor by merger to BAC HOME LOANS SERVICING, LP FKA COUNTRYWIDE HOME LOANS SERVICING, LP,<br><br>                    Plaintiff,<br><br>vs.<br><br>SFR INVESTMENTS POOL 1, LLC, DAVYN RIDGE HOMEOWNERS ASSOCIATION; THOMAS JESSUP, LLC; DOE INDIVIDUALS I-X Inclusive, and ROE CORPORATIONS I-X, inclusive.<br><br>                    Defendant.<br><br>THOMAS JESSUP, LLC, a Nevada limited liability company,<br><br>                    Third-Party Plaintiff,<br><br>vs.<br><br>DAUNSHARI WONG-CULOTTA,<br><br>                    Third-Party Defendant. | Case No.:    2:15-cv-01768-JCM-CWH<br><br>**DAUNSHARI WONG-CULOTTA'S MOTION TO REMOVE ATTORNEYS FROM SERVICE LIST** |

Daunshari Wong-Culotta (hereinafter "Ms. Wong-Culotta"), formerly a third-party defendant in the above-titled case, by and through her attorneys of record, the law firm of Marquis Aurbach Coffing, hereby request that Scott A. Marquis, Esq., and Patrick C. McDonnell, Esq., be removed from the list of counsel to be noticed because Ms. Daunshari Wong-Culotta was dismissed from this matter (*see* ECF No. 112) and as a result of that

MAC:13850-008 3299722_1 1/17/2018 11:36 AM

dismissal, Marquis Aurbach Coffing's representation of Ms. Wong-Culotta in this matter terminated shortly after that dismissal.

Dated this 17th day of January, 2018.

MARQUIS AURBACH COFFING

By   */s/ Patrick C. McDonnell*
Scott A. Marquis, Esq.
Nevada Bar No. 6407
Patrick C. McDonnell, Esq.
Nevada Bar No. 13188
10001 Park Run Drive
Las Vegas, Nevada 89145
*Attorneys for Third-Party Defendant*

The Clerk shall terminate attorney Scott Marquis and Patrick McDonnell from this case.

IT IS SO ORDERED.

DATED: January 18, 2018

_____
C.W. HOFFMAN, JR.
UNITED STATES MAGISTRATE JUDGE

MAC:13850-008 3299722_1 1/17/2018 11:36 AM

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing **DAUNSHARI WONG-CULOTTA'S MOTION TO REMOVE ATTORNEYS FROM SERVICE LIST** with the Clerk of the Court for the United States District Court by using the appellate CM/ECF system on the 17th day of January, 2018.

☒ I further certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

_/s/ Jennifer Case_
Jennifer Case, an employee of Marquis Aurbach Coffing

MAC:13850-008 3299722_1 1/17/2018 11:36 AM