Diana S. Ebron, Esq.
Nevada Bar No. 10580
E-mail: diana@kgelegal.com
Jacqueline A. Gilbert, Esq.
Nevada Bar No. 10593
E-mail: jackie@kgelegal.com
Karen L. Hanks, Esq.
Nevada Bar No. 9578
E-mail: karen@kgelegal.com
Kim Gilbert Ebron
7625 Dean Martin Drive, Suite 110
Las Vegas, Nevada 89139
Telephone: (702) 485-3300
Facsimile: (702) 485-3301
*Attorneys for SFR Investments Pool 1, LLC*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| BANK OF AMERICA, N.A., successor by merger to BAC HOME LOANS SERVICING, LP FKA COUNTRYWIDE HOME LOANS SERVICING, LP<br><br>Plaintiff,<br><br>vs.<br><br>SFR INVESTMENTS POOL 1, LLC; DAVYN RIDGE HOMEOWNERS ASSOCIATION; THOMAS JESSUP, LLC; DAUNSHARI WONG-CULOTTA; DOE INDIVIDUALS I-X, inclusive, and ROE CORPORATIONS I-X, inclusive,<br><br>Defendants. | Case No. 2:15-cv-01768-JCM-CWH<br><br>**STIPULATION AND ORDER TO CONTINUE BRIEFING SCHEDULE FOR BANK OF AMERICA'S MOTION TO ALTER OR AMEND JUDGMENT**<br><br>**(First Request)** |
| SFR INVESTMENTS POOL 1, LLC,<br><br>Counter-Claimant,<br><br>vs.<br><br>BANK OF AMERICA, N.A., successor by merger to BAC HOME LOANS SERVICING, LP FKA COUNTRYWIDE HOME LOANS SERVICING, LP, and DONALD GOULD, an individual,<br><br>Counter-Defendant/Cross-Defendants. | |
| THOMAS JESSUP, LLC,<br><br>Third-Party Plaintiff,<br><br>vs.<br><br>DAUNSHARI WONG-CULOTTA, | |

- 1 -

Third-Party Defendant.

Bank of America, N.A., ("BANA") SFR Investments Pool 1, LLC ("SFR") and Davyn Ridge Homeowners Association ("Association"), by and through their respective counsel of record, hereby stipulate to continue the briefing schedule related to BANA's Motion to Alter or Amend Judgment [ECF No. 165], which was filed on June 12, 2018.

This stipulation is made due to SFR's undersigned counsel's unexpected medical issue during the week of June 18, 2018. Based thereon, the parties agree to continue the briefing schedule as follows:

1. Any opposition to BANA's Motion is currently due June 26, 2018.
2. The Parties stipulate and agree to continue the opposition deadline to July 3, 2018.
3. The Parties stipulate and agree that BANA will have until July 10, 2018 to file any reply in support of their Motion.

///

///

///

**KIM GILBERT EBRON**
7625 DEAN MARTIN DRIVE, SUITE 110
LAS VEGAS, NEVADA 89139
(702) 485-3300 FAX (702) 485-3301

1  This request is not made for the purposes of delay or prejudice to any party.

Dated this 26th day of June, 2018.

| **AKERMAN LLP** | **KIM GILBERT EBRON** |
|---|---|
| */s/ Ariel Stern* | */s/ Jason G. Martinez* |
| ARIEL STERN, ESQ. | DIANA S. EBRON, ESQ. |
| Nevada Bar No. 8276 | Nevada Bar No. 10580 |
| MELANIE D. MORGAN, ESQ. | JACQUELINE A. GILBERT, ESQ. |
| Nevada Bar No. 8215 | Nevada Bar No. 10593 |
| 1635 Village Center Circle, Suite 200 | KAREN L. HANKS, ESQ. |
| Las Vegas, Nevada 89134 | Nevada Bar No. 9578 |
| Telephone: (702) 634-5000 | JASON G. MARTINEZ, ESQ. |
| | Nevada Bar No. 13375 |
| *Attorneys for Bank of America, N.A.* | 7625 Dean Martin Drive, Suite 110 |
| | Las Vegas, Nevada 89139 |
| | Telephone: (702) 485-3300 |
| | |
| | *Attorneys for SFR Investments Pool 1, LLC* |

**LEACH JOHNSON SONG & GRUCHOW**

*/s/ Ryan D. Hastings*
SEAN L. ANDERSON, ESQ.
Nevada Bar No. 7529
RYAN D. HASTINGS, ESQ.
Nevada Bar No. 12394
8945 W. Russell Road, Suite 330
Las Vegas, Nevada 89148
Telephone: (702) 538-9074

*Attorneys for Davyn Ridge Homeowners' Association*

**ORDER**

**IT IS SO ORDERED.**

_____
**UNITED STATES DISTRICT COURT JUDGE**
DATED: June 28, 2018