ARIEL E. STERN, ESQ.
Nevada Bar No. 8267
MELANIE D. MORGAN, ESQ.
Nevada Bar No. 8215
VATANA LAY, ESQ.
Nevada Bar No. 12570
AKERMAN LLP
1635 Village Center Circle, Suite 200
Las Vegas, NV 89134
Telephone: (702) 634-5000
Facsimile: (702) 380-8572
Email: ariel.stern@akerman.com
Email: melanie.morgan@akerman.com
Email: vatana.lay@akerman.com

*Attorneys for Plaintiff and Counter-Defendant Bank of America, N.A.*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| BANK OF AMERICA, N.A., successor by merger to BAC HOME LOANS SERVICING, LP FKA COUNTRYWIDE HOME LOANS SERVICING, LP,<br><br>Plaintiff,<br><br>v.<br><br>SFR INVESTMENTS POOL 1 LLC; DAVYN RIDGE HOMEOWNERS ASSOCIATION; THOMAS JESSUP, LLC; DOE INDIVIDUALS I-X; inclusive, and ROE CORPORATIONS I-X, inclusive,<br><br>Defendants.<br><br>AND ALL RELATED CLAIMS | Case No.: 2:15-cv-01768-JCM-CWH<br><br>**STIPULATION AND ORDER TO EXTEND TIME TO FILE REPLY IN SUPPORT OF BANK OF AMERICA'S MOTION TO ALTER OR AMEND JUDGMENT**<br><br>**(FIRST REQUEST)** |

Bank of America, N.A. (**BANA**), SFR Investments Pool 1, LLC (**SFR**), and Davyn Ridge Homeowners Association (**Davyn Ridge**), by and through their respective counsel of record, stipulate to extend the time for BANA to file its reply in support of its motion to alter or amend judgment [ECF No. 165], filed on June 12, 2018.

BANA's reply is due on July 10, 2018. The parties stipulate that BANA shall have until July 18, 2018 to file its reply. The parties enter into this stipulation to address time constraints on

1

45710450;1

BANA's counsel. This is the first request for extension to file BANA's reply and is not intended to delay or prejudice any party.

Dated July 6, 2018.

| **AKERMAN LLP**<br><br>*/s/ Vatana Lay*<br>ARIEL E. STERN, ESQ.<br>Nevada Bar No. 8276<br>MELANIE D. MORGAN, ESQ.<br>Nevada Bar No. 8215<br>VATANA LAY, ESQ.<br>Nevada Bar No. 12993<br>1635 Village Center Circle, Suite 200<br>Las Vegas, NV 89134<br><br>*Attorneys for Plaintiff Bank of America, N.A.* | **LEACH JOHNSON SONG & GRUCHOW**<br><br>*/s/ Ryan D. Hastings*<br>SEAN L. ANDERSON, ESQ.<br>Nevada Bar No. 7259<br>RYAN D. HASTINGS, ESQ.<br>Nevada Bar No. 12394<br>8945 W. Russell Road, Suite 330<br>Las Vegas, Nevada 89148<br><br>*Attorneys for Davyn Ridge Homeowners Association* |
|---|---|
| **KIM GILBERT EBRON**<br><br>*/s/ Jason G. Martinez*<br>DIANA S. EBRON, ESQ.<br>Nevada Bar No. 10580<br>JACQUELINE A. GILBERT, ESQ.<br>Nevada Bar No. 10593<br>KAREN L. HANKS, ESQ.<br>Nevada Bar No. 9578<br>JASON G. MARTINEZ, ESQ.<br>Nevada Bar No. 13375<br>7625 Dean Martin Drive, Suite 110<br>Las Vegas, Nevada 89139<br><br>*Attorneys for SFR Investments Pool 1, LLC* | |

**IT IS SO ORDERED.**

UNITED STATES DISTRICT COURT JUDGE

DATED: July 10, 2018

2

45710450;1