DIANA S. EBRON, ESQ.
Nevada Bar No. 10580
E-mail: diana@kgelegal.com
JACQUELINE A. GILBERT, ESQ.
Nevada Bar No. 10593
E-mail: jackie@kgelegal.com
KAREN L. HANKS, ESQ.
Nevada Bar No. 9578
E-mail: karen@kgelegal.com
KIM GILBERT EBRON
7625 Dean Martin Drive, Suite 110
Las Vegas, Nevada 89139
Telephone: (702) 485-3300
Facsimile: (702) 485-3301
*Attorney for SFR Investments Pool 1, LLC*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| BANK OF AMERICA, N.A., successor by merger to BAC HOME LOANS SERVICING, LP FKA COUNTRYWIDE HOME LOANS SERVICING, LP<br><br>Plaintiff,<br><br>vs.<br><br>SFR INVESTMENTS POOL 1, LLC; DAVYN RIDGE HOMEOWNERS ASSOCIATION; THOMAS JESSUP, LLC; DAUNSHARI WONG-CULOTTA; DOE INDIVIDUALS I-X, inclusive, and ROE CORPORATIONS I-X, inclusive,<br><br>Defendants. | Case No. 2:15-cv-01768-JCM-CWH<br><br>**JUDGMENT BY DEFAULT AGAINST DONALD GOULD** |

SFR INVESTMENTS POOL 1, LLC,

Counter-Claimant,
vs.

BANK OF AMERICA, N.A., successor by merger to BAC HOME LOANS SERVICING, LP FKA COUNTRYWIDE HOME LOANS SERVICING, LP, and DONALD GOULD, an individual,

     Counter-Defendant/Cross-Defendants.

THOMAS JESSUP, LLC,

       Third-Party Plaintiff,
vs.

*KIM GILBERT EBRON*
7625 DEAN MARTIN DRIVE, SUITE 110
LAS VEGAS, NEVADA 89139
(702) 485-3300 FAX (702) 485-3301

DAUNSHARI WONG-CULOTTA,

        Third-Party Defendant.

This matter came before the Court on SFR Investments Pool 1, LLC's ("SFR") application for default judgment against Cross-Defendant DONALD GOULD ("Gould" or "Cross-Defendant"). Having considered the application, including the declarations attached thereto, the Court makes the following findings of fact and conclusions of law:

1.      On December 10, 2015, SFR filed a Cross-Claim (ECF No. 27) for quiet title and declaratory relief against Gould ("Cross-Claim") relating to real property located at 3917 Jamison Court, North Las Vegas, NV 89032; Parcel No. 139-07-616-044 ("Property").

2.      Cross-Defendants failed to answer the complaint within the 21-day time limit set forth in FRCP 12. The Clerk of the Court appropriately entered a default against the Cross-Defendant on February 25, 2019 (ECF No. 183).

3.      Cross-Defendant is not incompetent, an infant or serving in the United States military.

4.      SFR submitted credible evidence in support of its application in the form of documents obtained from the Official Records of the Clark County Recorder and declarations made under penalty of perjury that demonstrate prima facie grounds sufficient to enter default judgment against Gould.

NOW, THEREFORE, pursuant to FRCP 55(b)(2), having considered the evidence and made the foregoing findings of fact and conclusions of law, and finding good cause,

IT IS ORDERED, ADJUDGED AND DECREED that Cross-Defendant Gould, any successors and assigns, have no right, title or interest in the Property and that SFR is the rightful title owner.

IT IS FURTHER ORDERED that this judgment does not adjudicate SFR's claims …

…

…

…

…

- 2 -

KIM GILBERT EBRON
7625 DEAN MARTIN DRIVE, SUITE 110
LAS VEGAS, NEVADA 89139
(702) 485-3300 FAX (702) 485-3301

against, or the defenses of, any other party to this case.

_____
UNITED STATES DISTRICT JUDGE
Dated: May 24, 2019

*Respectfully submitted by:*
**KIM GILBERT EBRON**

/s/ *Jacqueline A. Gilbert*
JACQUELINE A. GILBERT, Esq.
Nevada Bar No. 10593
7625 Dean Martin Drive, Suite 110
Las Vegas, Nevada 89139
(702) 485-3300
(702) 485-3301 (fax)
*Attorneys for SFR Investments Pool 1*

Dated this 25th day of March, 2019.